**Entered on Docket**
**February 22, 2011**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

PITE DUNCAN, LLP
EDDIE R. JIMENEZ (NV Bar #10376)
MATTHEW M. MCARTHUR (NV Bar #11649)
ACE VAN PATTEN (NV Bar #11731)
701 Bridger Avenue, Suite 700
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

MAILING ADDRESS:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for   Secured Creditor WELLS FARGO BANK, N.A. ALSO KNOWN AS
                WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A,
                AND FORMERLY KNOWN AS WACHOVIA MORTGAGE FSB,
                FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>VAHAN TAFRALIAN,<br><br>        Debtor(s). | Bankruptcy Case No. bk-s-10-33594-mkn<br>Chapter 7<br><br>WELLS FARGO BANK, N.A. ALSO KNOWN AS WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A, AND FORMERLY KNOWN AS WACHOVIA MORTGAGE FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB'S ORDER TERMINATING AUTOMATIC STAY<br>Date: February 16, 2011<br>Time: 1:30 p.m. |

1    A hearing on Secured Creditor Wells Fargo Bank, N.A. also known as Wachovia

2 Mortgage, a division of Wells Fargo Bank, N.A, and formerly known as Wachovia Mortgage

3 FSB, formerly known as World Savings Bank, FSB's Motion for Relief From the Automatic

4 Stay came on regularly for hearing in the United States Bankruptcy Court before the Honorable

5 Mike K. Nakagawa, Ace Van Patten appearing on behalf of Secured Creditor.

6    The court having duly considered the papers and pleadings on file herein and

7 being fully advised thereon and finding cause therefor:

8    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

9    The automatic stay of 11 United States Code section 362 is hereby immediately

10 terminated as it applies to the enforcement by Movant of all of its rights in the real property

11 under the Note and Deed of Trust encumbering the real property commonly known as 5120

12 Copper River Ave, Las Vegas, Nevada 89130-2938 ("Real Property"), which is legally described

13 as:

14    SEE LEGAL DESCRIPTION ATTACHED
HERETO AS EXHIBIT A AND MADE A PART
15    HEREOF .

16

17    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant and/or

18 its foreclosure trustee shall mail written notice of the time, date and place of the foreclosure sale

19 of the Real Property to the Debtor(s) at the address for the Real Property at least 7 calendar days

20 prior to the foreclosure sale. In the event that Movant and/or its foreclosure trustee provides at

21 least 7 calendar days' advance notice of the time, date and place of the foreclosure sale of the

22 Real Property in compliance with the notice requirements set forth in Chapter 107 of Nevada

23 Revised Statutes, those notices shall be sufficient to satisfy the requirement of this Court to

24 provide 7 days' notice to the Debtor(s).

25 /././

26 /././

27 /././

28 /././

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

APPROVED/DISAPPROVED          APPROVED/DISAPPROVED

_____          _____
LISA J. GAROFALO                 JAMES F. LISOWSKI, SR.
DEBTOR(S) ATTORNEY               TRUSTEE

/./
/./
/./
/./
/./
/./
/./
/./
/./
/./
/./
/./
/./
/./
/./
/./
/./
/./

**WORLD SAVINGS BANK, FSB**

# E X H I B I T "A"
## LEGAL DESCRIPTION

**LOAN NO.** _____

ALL THAT CERTAIN REAL PROPERTY SITUATED IN THE COUNTY OF **CLARK** STATE OF **NEVADA**, DESCRIBED AS FOLLOWS:

ALL THAT REAL PROPERTY SITUATE IN THE COUNTY OF CLARK, STATE OF NEVADA, BOUNDED AND DESCRIBED AS FOLLOWS: PARCEL I: LOT TWENTY-THREE (23) IN BLOCK ONE (1) OF RANCHO SAN MIGUEL, UNIT 3, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 63 OF PLATS, PAGE 87, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

PARCEL II: A NON-EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS OVER THOSE PORTIONS OF THE LOTS WITHIN SAID SUBDIVISION DELINEATED AS "PRIVATE DRIVE AND UTILITY EASEMENT" ON THE PLAT OF SAID SUBDIVISION.

PARCEL III: A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS AND ENJOYMENT IN AND TO THOSE PORTIONS OF SAID SUBDIVISION DELINEATED AS "COMMON AREA" ON THE PLAT, AND FURTHER DESCRIBED IN THE DECLARATION OF COVENANTS. CONDITIONS AND RESTRICTIONS RECORDED MAY 4, 1994 IN BOOK 940504 OF OFFICIAL RECORDS AS DOCUMENT NO. 99842, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

FOR INFORMATIONAL PURPOSES ONLY: THE APN IS SHOWN BY THE COUNTY ASSESSOR AS 138-12-514-023; SOURCE OF TITLE IS BOOK 20041115, PAGE 0002487 (RECORDED 11/15/04)

In accordance with LR 9021, counsel submitting this document certifies that the order accurately

reflects the court's ruling and that (check one):

☐    The court has waived the requirement set forth in LR 9021(b)(1).

☐    No party appeared at the hearing or filed an objection to the motion.

☐    I have delivered a copy of this proposed order to all counsel who appeared at the hearing,

and any unrepresented parties who appeared at the hearing, and each has approved or

disapproved the order, or failed to respond, as indicated below [list each party and whether the

party has approved, disapproved, or failed to respond to the document]:

☐    Approved.

☐    Disapproved.

☐    Failed to respond.


☒    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order

with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of

the order.

###

Submitted by:

/s/ ACE VAN PATTEN
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar #11649
Attorney for WELLS FARGO
BANK, N.A. ALSO KNOWN
AS WACHOVIA MORTGAGE,
A DIVISION OF WELLS
FARGO BANK, N.A, AND
FORMERLY KNOWN AS
WACHOVIA MORTGAGE
FSB, FORMERLY KNOWN AS
WORLD SAVINGS BANK,
FSB